

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### No. PD-1137-09

### EX PARTE LEVI ALEXAS KING, Appellant

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SEVENTH COURT OF APPEALS
### GRAY COUNTY

*Per curiam.*

### O P I N I O N

Appellant filed a pretrial habeas corpus application claiming that the Interstate Agreement on Detainers (Tex. Code Crim. Proc. Art. 51.14) required that the prosecution against him be dismissed. The trial court denied relief and the court of appeals affirmed that decision. *King v. State*, 286 S.W.3d 599 (Tex. App.–Amarillo, 2009). Appellant petitioned this Court for discretionary review.

When the Court of Appeals issued its opinion in this case, it did so without the benefit of this Court's recent opinion in *Ex parte Doster*, ___ S.W.3d ___ (Tex. Crim. App. No. PD-0504-09, Feb. 3, 2010). In *Doster*, this Court held that a pretrial habeas corpus application,

followed by an interlocutory appeal, is not the appropriate vehicle for raising a claim that the prosecution should be dismissed because the State failed to comply with the Interstate Agreement on Detainers. Therefore, we grant Appellant's Petition for Discretionary Review, vacate the Court of Appeals's decision, and order that this appeal be dismissed.

En banc

Delivered: March 3, 2010

Publish